

FILED

1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | ANDERSON PROPERTIES, | ) Case No. EDCV 12-2226-UA (DUTYx) |
|----|----------------------|------------------------------------|
| 12 | Plaintiff, | ) |
| 13 | vs. | ) ORDER SUMMARILY REMANDING<br>) IMPROPERLY-REMOVED ACTION |
| 14 | LEONARDO DANTE, HELEN<br>PERRONI, DANIEL OCHOA,<br>AND ALL UNKNOWN<br>OCCUPANTS, | ) |
| 15 | | ) |
| 16 | | ) |
| 17 | Defendants. | ) |

18      The Court will remand this unlawful detainer action to state court summarily
19 because it has been removed improperly.
20      On December 17, 2012, defendant Daniel Ochoa, having been sued in what
21 appears to be a routine unlawful detainer action in California state court, lodged a
22 Notice of Removal of that action to this Court and also presented an application to
23 proceed *in forma pauperis*. The Court has denied the latter application under separate
24 cover because the action was not properly removed. To prevent the action from
25 remaining in jurisdictional limbo, the Court issues this Order to remand the action to
26 state court.
27      Simply stated, plaintiff could not have brought this action in federal court in
28 the first place, in that defendant does not competently allege facts supplying either

1

1  diversity or federal-question jurisdiction, and therefore removal is improper. 28
2  U.S.C. §1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563,
3  125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Even if complete diversity of citizenship
4  exists, the amount in controversy does not exceed the diversity-jurisdiction threshold
5  of $75,000. See 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer
6  complaint recites that the amount in controversy does not exceed $10,000.

7  Nor does plaintiff's unlawful detainer action raise any federal legal question.
8  See 28 U.S.C. §§ 1331, 1441(b).

9  Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
10 Superior Court of California, Riverside County, 46-200 Oasis Street, Indio, CA
11 92201, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that
12 the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk
13 serve copies of this Order on the parties.

14 IT IS SO ORDERED.

17 DATED: 12/28/12

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

David T. Bristow
United States Magistrate Judge